**Bruce E. LANE, Plaintiff—Appellant,**

v.

**Michael W. WYNNE, Secretary of the Air Force; Local Union 1092, American Federation of Government Employees, Defendants—Appellees.**

No. 06–1853.

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 15, 2007.

Decided: Feb. 20, 2007.

Bruce E. Lane, Appellant Pro Se. John Walter Sippel, Jr., Office of the United States Attorney, Baltimore, Maryland; Mark D. Roth, American Federation of Government Employees, AFL–CIO, Washington, D.C., for Appellees.

Before NIEMEYER, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Bruce E. Lane appeals the district court's order dismissing his civil complaint for lack of jurisdiction. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Lane v. Wynne,* No. 8:04–cv–01051–PJM (D. Md. June 26, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*